# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| In re:<br>ANDREW DUANE MARIO DONALDSON<br>LESLIE JOHANNA DONALDSON<br>Debtor(s) | Case No. A15-50647-BEM |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

MARY IDA TOWNSON, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/09/2015.

2) The plan was confirmed on 03/19/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/18/2015, 01/29/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 04/13/2016.

6) Number of months from filing to last payment: 15.

7) Number of months case was pending: 17.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $9,400.00.

10) Amount of unsecured claims discharged without payment: $22,809.52.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $22,191.00 |
| Less amount refunded to debtor | $1,770.82 |

**NET RECEIPTS:** $20,420.18

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $4,148.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,035.59 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,183.59

Attorney fees paid and disclosed by debtor:  $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICAN CREDIT ACCEPTANCE/A | Unsecured | NA | 4,849.60 | 4,849.60 | 4,849.60 | 0.00 |
| AMERICAN CREDIT ACCEPTANCE/A | Secured | 16,640.00 | 0.00 | 541.12 | 541.12 | 437.86 |
| ATLAS ACQUISITIONS LLC ASSIGNE | Unsecured | 664.00 | 660.00 | 660.00 | 660.00 | 0.00 |
| CALVARY SPV I, LLC ASSIGNEE OF C | Unsecured | 329.00 | 329.47 | 329.47 | 329.47 | 0.00 |
| CAPITAL ONE NA | Unsecured | 277.00 | 277.40 | 277.40 | 277.40 | 0.00 |
| CERASTES, LLC | Unsecured | NA | 470.00 | 470.00 | 470.00 | 0.00 |
| LVNV FUNDING LLC. | Unsecured | 397.00 | 397.30 | 397.30 | 397.30 | 0.00 |
| MIDLAND CREDIT MANAGEMENT, I | Unsecured | 0.00 | 663.78 | 663.78 | 663.78 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 10,376.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 559.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 84.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Priority | 1,962.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 245.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 669.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 6,970.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 742.48 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 414.04 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO CARD SERVICES | Unsecured | 302.00 | 300.00 | 300.00 | 300.00 | 0.00 |
| WILSHIRE CONSUMER CREDIT | Secured | 5,175.00 | 5,175.38 | 5,175.38 | 5,175.38 | 203.32 |
| WORLD FINANCE CORPORATION | Unsecured | 837.00 | 931.36 | 931.36 | 931.36 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $5,716.50 | $5,716.50 | $641.18 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$5,716.50** | **$5,716.50** | **$641.18** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$8,878.91** | **$8,878.91** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,183.59 |
| Disbursements to Creditors | $15,236.59 |
| **TOTAL DISBURSEMENTS :** | **$20,420.18** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/09/2016                                    By: /s/ MARY IDA TOWNSON
                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: ) CHAPTER 13
ANDREW DUANE MARIO )
DONALDSON ) CASE NO. A15-50647-BEM
LESLIE JOHANNA DONALDSON )
 )

DEBTORS

### CERTIFICATE OF SERVICE

This is to Certify that I have this day served

   ANDREW DUANE MARIO DONALDSON
   1441 SUGAR MAPLE WAY
   LAWRENCEVILLE, GA  30043


   LESLIE JOHANNA DONALDSON
   1441 SUGAR MAPLE WAY
   LAWRENCEVILLE, GA  30043


   BERRY & ASSOCIATES
   2751 BUFORD HIGHWAY SUITE 600
   ATLANTA, GA  30324


with a copy of the foregoing Chapter 13 Trustee's Final Report and Account by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

DATED:  06/09/2016                                                  /S/
                                                                                  Mary Ida Townson, Chapter 13 Trustee
                                                                                  State Bar No. 715063
                                                                                  100 Peachtree Street, Suite 2700
                                                                                  Atlanta, GA 30303
                                                                                 (404) 525-1110
                                                                                 maryidat@atlch13tt.com


**UST Form 101-13-FR-S (9/1/2009)**